**Randy PIGG**

v.

**Gertrude GAMBLE, Estate, et al.**

**NO. 2016–CP–1808**

Supreme Court of Louisiana.

11/29/2016

HUGHES, J., additionally concurs with reasons.

Hughes, J., additionally concurs with reasons.

Relator is entitled to receive a response to his correspondence from the Clerk of Court but should first seek relief in the district court.

---

**IN RE: COMMITTEE ON BAR ADMISSIONS CFN-513206**

**NO. 2016–BA–1951**

Supreme Court of Louisiana.

11/29/2016

**PER CURIAM**

After reviewing the evidence and considering the law, we conclude petitioner is eligible to be admitted to the practice of law in Louisiana.

**ADMISSION GRANTED.**

---

**STATE EX REL. Myron Lee TURNER**

v.

**STATE of Louisiana**

**No. 16–KH–1921**

Supreme Court of Louisiana.

11/29/2016

**PER CURIAM:**

WRIT NOT CONSIDERED. Petitioner has not demonstrated that he sought review in the court(s) below before filing in this Court, nor shown "extraordinary circumstances" that would justify bypassing that level of review. La.S.Ct.R. X § 5(b).